UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-24760-CIV-MORENO**

IN RE APPLICATION OF DEPARTMENT
OF HOMELAND SECURITY
IMMIGRATION, AND CUSTOMS
ENFORCEMENT,

Petitioner,

vs.

BENAOUMEUR GUERRAB,

Respondent.

_______________________________________/

## **ORDER GRANTING IMMIGRATION AND CUSTOMS ENFORCEMENT'S EMERGENCY PETITION**

THIS CAUSE came before the Court upon the Department of Homeland Security, Immigration and Customs Enforcement's Emergency Petition to Permit Involuntary Blood Draws, Urinalysis, Conduct Weigh-ins, and Perform Routine Medical Examinations **(D.E. 1)**, filed on **December 30, 2015** and at a Hearing on the Emergency Petition on **January 5, 2016** in Open Court.

THE COURT has considered the Petition, the pertinent portions of the record, and the declarations of Dr. Dalian Y. Caraballo, M.D. and Mr. Joel Mikelson. The Court finds that an emergency condition exists, since the refusal of respondent Benaoumeur Guerrab to eat has caused a significant deterioration in his physical condition. Further, the Court finds that Respondent's refusal to allow Krome Detention Center medical staff to draw blood to perform necessary blood tests, refusal to submit urine specimens for urinalysis, and refusal to allow medical staff to weigh him and perform medical examinations prevents the Immigration and

Customs Enforcement Health Service Corps from accurately monitoring Respondent's health. He continues to deprive himself of nutrition by engaging in a hunger strike. The Court finds that blood draws, urinalysis, weigh-ins and medical examinations are medically necessary to accurately assess the state of Respondent's health and are required to make determinations as to whether immediate medical intervention is necessary to preserve the life of respondent. The Court further finds there is a need to take immediate action pending any challenge by Respondent to the government's institution of this suit. It is

**ADJUDGED** that the government's petition is GRANTED. Immigration Customs and Enforcement is authorized, through competent medical authority, to involuntarily draw blood from Respondent, to insert urinary catheters for the purpose of obtaining urine for urinalysis, to conduct weigh-ins of Respondent, and to conduct medical examinations of Respondent. Further, Immigration Customs and Enforcement is authorized, through competent medical authority, to restrain Respondent if he attempts to resist these medically necessary procedures. This Order shall be in effect until the Evidentiary Hearing set for **January 11, 2016 at 2:00 p.m.**

DONE AND ORDERED in Open Court at Miami, Florida, this 5th of January 2016.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record