UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-CV-24760-FAM

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Petitioner,

vs.

BENAOUMEUR GUERRAB,

Respondent.
_______________________________/

**GUERRAB'S RESPONSE TO EMERGENCY MOTION**

Respondent GUERRAB, through counsel, respectfully files this response to the Petitioner's emergency motion filed today.

Undersigned counsel is not in a position to respond substantively to the emergency petition, inasmuch as counsel is without personal knowledge of the events which transpired today and has not spoken with the Respondent. However, undersigned counsel respectfully objects to the involuntary administration of nutrition absent proper findings supported by evidence adduced at an adversarial hearing. Undersigned counsel is prepared to litigate such a hearing as soon as tomorrow, Friday, January 8, 2016.

Respectfully submitted,

/s/Scott A. Srebnick
Scott A. Srebnick, Esq.
(FL Bar No. 872910)
SCOTT A. SREBNICK, P.A.
201 South Biscayne Boulevard, Suite 1380
Miami, Florida 33131
scott@srebnicklaw.com
(305) 285-9019

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served on all parties through CM/ECF this 7th day of January, 2016.

/s/Scott A. Srebnick
SCOTT A. SREBNICK