UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-CV-24760-Moreno/O'Sullivan

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Petitioner,

v.

BENAOUMEUR GUERRAB,

Respondent.
_____________________________/

**STATUS REPORT TO THE COURT**

The United States files this bi-weekly status report in compliance with this Court's Order and findings during the Open Court Hearing on January 8, 2016. The last status report was filed with the Court on February 19, 2016.

Respondent Benaoumer Guerrab was admitted to Larkin Hospital on February 19, 2016, following a drop in his blood pressure. He was found to have an elevated white count, which resolved following the administration of antibiotics. Guerrab has consented to TPN (Total Parenteral Nutrition), intravenously. He is medically stable and remains at Larkin Hospital where he continues to receive TPN. His weight is 123 lbs.

.

Dated: March 4, 2016

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

*/s/ John Spaccarotella*

JOHN SPACCAROTELLA
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. A5502142
99 NE 4th Street, Suite 300
Miami, FL 33132
Phone: (305) 961-9212
Fax: (305) 530-7139
E-mail: John.Spaccarotella@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2016, I electronically filed the foregoing STATUS REPORT TO THE COURT with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and a hyperlink to this pleading to Respondent's attorney of record.

*s/ John Spaccarotella*
JOHN SPACCAROTELLA
ASSITANT UNITED STATES ATTORNEY
*Counsel for Petitioners*